**Motion for Rehearing Granted; Memorandum Opinion Withdrawn, Reinstated; Order filed August 16, 2013.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-13-00418-CV

———————

**WARD ARNOLD, Appellant**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION
A/K/A FANNIE MAE, Appellee**

**On Appeal from the County Court at Law No 2
Galveston County, Texas
Trial Court Cause No. CV-0069239**

## ORDER

On July 18, 2013, this court dismissed this appeal because appellant had not paid the appellate filing fee and did not respond to this court's notices and order. *See* Tex. R. App. P. 42.3(c) (allowing

involuntary dismissal of case because appellant has failed to comply with a court order).

On July 19, 2013, appellant paid the fee and filed a motion for rehearing asking that we reinstate the appeal. Appellee filed a response in opposition to the motion.

Because the filing fee has now been paid, we **GRANT** the motion for rehearing, order our opinion of July 18, 2013, **WITHDRAWN,** our judgment of that date **VACATED,** and the appeal **REINSTATED.**

The reporter's record has not been filed in this appeal. On June 24, 2013, the court reporter, Jana Fowler, advised this court that appellant had not paid for preparation of the record. Unless appellant pays for preparation of the record and provides this court with proof of payment on or before **September 3, 2013,** the court will order appellant to file a brief without the record. *See* Tex. R. App. P. 37.3(b).

PER CURIAM